UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| FTI CONSULTING, INC.,<br><br>   *Plaintiff,*<br> v.<br><br>JONATHAN M. ORSZAG,<br><br>   *Defendant.* | Civil Action No.: 8:23-cv-03200-PJM |

### STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

  Plaintiff FTI Consulting, Inc. and Defendant Jonathan M. Orszag (together, "the Parties"), through their undersigned counsel, hereby stipulate and agree and request the Court to enter an Order granting Defendant an extension from the current deadline to answer or otherwise respond to the Amended Complaint to the agreed upon deadline of December 22, 2023.  A proposed Order is respectfully submitted herewith.

  In support of their request, the Parties state as follows:

  On November 20, 2023, Plaintiff FTI Consulting, Inc. filed a complaint against Defendant Jonathan M. Orszag in the Circuit Court for Montgomery County, Maryland, No. C-15-CV-23-004356.

  On November 21, 2023, counsel for Defendant agreed to accept service of the complaint and summons.

  On November 22, 2023, Defendant removed this action from the Circuit Court for Montgomery County, Maryland, to this Court.

  On December 1, 2023, Plaintiff timely filed an Amended Complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(A).

Under Federal Rule of Civil Procedure 15(a)(3), the current deadline for Defendant to file a responsive pleading is December 15, 2023.

Given the nature of the allegations in the Complaint, and based on good-faith discussions among the Parties' counsel, the Parties respectfully submit that the interests of justice and efficient consideration by this Court can best be achieved by providing Defendant a short, one week extension of the deadline to file responsive pleadings to Friday, December 22, 2023.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Defendant's time to answer or otherwise respond to the Complaint shall be due by December 22, 2023.

DATED:  December 4, 2023

/s/ *William J. Murphy* (with permission)

William J. Murphy
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Tel.: (410) 949-1146
Fax: (410) 659-0436
Email: wmurphy@zuckerman.com

*Counsel for Plaintiff FTI Consulting, Inc.*

Respectfully submitted,

/s/ *James M. Webster, III*

Mark C. Hansen (State Bar No. 12266)
James M. Webster, III (State Bar No. 23376)
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 367-7900
Fax: (202) 326-7999
Email: mhansen@kellogghansen.com
Email: jwebster@kellogghansen.com

*Counsel for Defendant Jonathan M. Orszag*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on December 4, 2023, the foregoing document was filed through the ECF system, which caused a copy of the document to be served on all registered participants identified on the Notice of Electronic Filing.

      */s/ James M. Webster, III*
      James M. Webster, III

      KELLOGG, HANSEN, TODD,
        FIGEL & FREDERICK, P.L.L.C.

      *Counsel for Defendant Jonathan M. Orszag*