# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# (Southern Division)

| | |
|---|---|
| FTI CONSULTING, INC.<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN ORSZAG,<br><br>    Defendant. | Case No. 8:23-cv-03200-PJM |

## FTI'S MOTION TO COMPEL DISCOVERY

Plaintiff FTI Consulting, Inc. ("FTI"), through counsel, moves pursuant to Federal Rules of Civil Procedure 34 and 37 for an order compelling Defendant Jonathan Orszag to produce all responsive, non-privileged text messages with the two senior Compass Lexecon employees referenced in the parties' accompanying memoranda within 14 days of the Court's order.

Accompanying this Motion are a proposed order and the materials required under Local Rules 104.7 and 104.8, including memoranda of points and authorities in support of each party's position.

Date: November 14, 2024

Respectfully submitted,

ZUCKERMAN SPAEDER LLP

 */s/ William J. Murphy*
William J. Murphy (Fed. Bar No. 00497)
Daniel P. Moylan (Fed. Bar No. 26476)
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
(410) 949-1146 (office)
(410) 659-0436 (fax)
wmurphy@zuckerman.com
dmoylan@zuckerman.com

                                              Ezra B. Marcus (admitted *pro hac vice*)
                                              1800 M Street NW, Suite 1000
                                              Washington, DC 20036
                                              (202) 778-1800 (office)
                                              (202) 822-8106 (fax)
                                              cmehta@zuckerman.com
                                              emarcus@zuckerman.com

                                              WILKINSON STEKLOFF LLP

                                              Brian L. Stekloff (Fed. Bar No. 26835)
                                              2001 M Street NW, 10th Floor
                                              Washington, DC 20036
                                              (202) 847-4000 (office)
                                              (202) 847-4005 (fax)
                                              bstekloff@wilkinsonstekloff.com

                                              *Counsel for Plaintiff FTI Consulting, Inc.*

3

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on November 14, 2024, I caused the foregoing to be served on all counsel of record via the Court's electronic case filing system.

                                                     */s/ William J. Murphy*
                                                     William J. Murphy

                                                     *Counsel for Plaintiff FTI Consulting, Inc.*