IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FTI CONSULTING, INC.,** * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | |
| * Civil No. **23-3200 PJM** | |
| **JONATHAN M. ORSZAG,** * | |
| * | |
| Defendant. * | |
| * | |

## ORDER

Having considered Jonathan Orszag's Motion to Dismiss Second Amended Complaint for Failure to State a Claim (ECF Nos. 52, 53), and the response and reply thereto (ECF Nos. 59, 61), and finding no hearing necessary, D. Md. Local R. 105.6, it is, this 5 day of December 2024, for the reasons stated in the accompanying Memorandum Opinion, by the United States District Court for the District of Maryland,

**ORDERED**

1. Orszag's Motion to Dismiss Second Amended Complaint for Failure to State a Claim (ECF Nos. 52, 53) is **GRANTED IN PART AND DENIED IN PART**;

    a. Besides being **MOOT**, it is **GRANTED** with respect to Counts I and II. Counts I and II are **DISMISSED WITH PREJUDICE**; and

    b. It is **DENIED** with respect to Counts III, IV, and VI.

2. The Hearing in this case presently set for December 17, 2024 is **CANCELED**.

3. Counsel for the parties are **DIRECTED** to submit a Joint Proposed Scheduling Order to the Court within thirty (30) days from the date of entry of this Order.

December 5, 2024

/s/ Peter J. Messitte
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE