UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| FTI CONSULTING, INC., <br><br> *Plaintiff,* <br> v. <br><br> JONATHAN M. ORSZAG, <br><br> *Defendant.* | Civil Action No.: 8:23-cv-03200-PJM |

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Plaintiff FTI Consulting, Inc. and Defendant Jonathan M. Orszag (together, "the Parties"), through their undersigned counsel, hereby stipulate and agree and request the Court to enter an Order granting Defendant an extension from the current deadline to answer and respond to the Second Amended Complaint to the agreed upon deadline of January 17, 2025. A proposed Order is respectfully submitted herewith.

In support of their request, the Parties state as follows:

**1.** On December 6, 2024, the Court issued an order granting in part and denying in part Defendant's motion to dismiss. *See* ECF No. 81.

**2.** Under Federal Rule of Civil Procedure 12(a)(4)(A) and 15(a)(3), the current deadline for Defendant to file a responsive pleading is December 20, 2024.

**3.** Given the complex factual allegations in the Complaint, developments in the early discovery period relevant to potential defenses and counterclaims, the upcoming holidays, and good-faith discussions among the Parties' counsel concerning a potential resolution, the Parties respectfully submit that the interests of justice and efficient consideration by this Court can best be achieved by providing Defendant a short extension of the deadline to file responsive pleadings to Friday, January 17, 2025.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1.      Defendant's time to answer and respond to the Second Amended Complaint shall be extended until January 17, 2025.

DATED:  December 16, 2024  Respectfully submitted,

/s/ Daniel P. Moylan (with permission)  /s/ David L. Schwarz

ZUCKERMAN SPAEDER LLP  Mark C. Hansen (State Bar No. 12266)
 James M. Webster, III (State Bar No. 23376)
William J. Murphy (Fed. Bar No. 00497)  David L. Schwarz (admitted *pro hac vice*)
Daniel P. Moylan (Fed. Bar No. 26476)  Kevin D. Horvitz (admitted *pro hac vice*)
100 East Pratt Street, Suite 2440  Rachel T. Anderson (admitted *pro hac vice*)
Baltimore, MD 21202-1031  KELLOGG, HANSEN, TODD,
Tel.: (410) 949-1146   FIGEL & FREDERICK, P.L.L.C.
Fax: (410) 659-0436  1615 M Street, N.W., Suite 400
wmurphy@zuckerman.com  Washington, D.C. 20036
dmoylan@zuckerman.com  Tel.: (202) 326-7900 Fax: (202) 326-7999
 Email: mhansen@kellogghansen.com
Ezra B. Marcus (admitted *pro hac vice*)  Email: jwebster@kellogghansen.com
1800 M Street NW, Suite 1000  Email: dschwarz@kellogghansen.com
Washington, DC 20036  Email: khorvitz@kellogghansen.com
(202) 778-1800 (office)  Email: randerson@kellogghansen.com
(202) 822-8106 (fax)
cmehta@zuckerman.com  *Counsel for Defendant Jonathan M. Orszag*
emarcus@zuckerman.com

WILKINSON STEKLOFF LLP

Brian L. Stekloff (Fed. Bar No. 26835)
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4000 (office)
(202) 847-4005 (fax)
bstekloff@wilkinsonstekloff.com

*Counsel for Plaintiff FTI Consulting, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 16, 2024, the foregoing document was filed through the ECF system, which caused a copy of the document to be served on all registered participants identified on the Notice of Electronic Filing.

/s/ David L. Schwarz
David L. Schwarz

KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.

*Counsel for Defendant Jonathan M. Orszag*