UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| FTI CONSULTING, INC.<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JONATHAN M. ORSZAG,<br><br>　　　　　　　Defendant. | Case No. 8:23-cv-03200-PJM |

**JOINT MOTION TO EXTEND DATE FOR SUBMISSION
OF JOINT PROPOSED SCHEDULING ORDER**

Plaintiff FTI Consulting, Inc. ("FTI") and Defendant Jonathan M. Orszag move jointly for an extension, through and including January 24, 2025, of the time for them to file a joint proposed scheduling order. The grounds in support of their joint motion are as follows:

1. On December 5, 2024, this Court issued an order (1) granting in part and denying in part Mr. Orszag's Motion to Dismiss the Second Amended Complaint for Failure to State a Claim and (2) directing the parties to submit a Joint Proposed Scheduling Order within 30 days from the date of its Order—*i.e.,* January 6, 2025. ECF No. 81.

2. As recently reported, *see* ECF No. 82 ¶ 3, the parties are engaging in good-faith discussions directly and through their respective counsel aimed at a potential resolution of their dispute.

3. In addition, the date for Mr. Orszag to file a responsive pleading has been extended to January 17, 2025, pursuant to the Court's Order dated December 17, 2024. *See* ECF No. 83. Extending the date for the parties to submit a proposed case schedule

through January 24, 2025, would allow counsel to prepare a proposed schedule in view of Mr. Orszag's responsive pleading due the week before.

4. The parties submit that a modest extension from January 6 through January 24, 2025, will not prejudice either party and would not unduly delay the case in the event they are unable to reach a resolution.

For these reasons, the parties respectfully request that the Court grant their joint motion. A proposed order is submitted for the Court's consideration.

| | |
|---|---|
| Date: December 19, 2024 | Respectfully submitted, |
| KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. | ZUCKERMAN SPAEDER LLP |
| */s/ David L. Schwarz* (with permission) | */s/ Daniel P. Moylan* |
| Mark C. Hansen (State Bar No. 12266) | William J. Murphy (Fed. Bar No. 00497) |
| James M. Webster, III (State Bar No. 23376) | Daniel P. Moylan (Fed. Bar No. 26476) |
| David L. Schwarz (admitted *pro hac vice*) | 100 East Pratt Street, Suite 2440 |
| Kevin D. Horvitz (admitted pro hac vice) | Baltimore, MD 21202-1031 |
| Rachel T. Anderson (admitted pro hac vice) | (410) 949-1146 (office) |
| 1615 M Street, NW, Suite 400 | (410) 659-0436 (fax) |
| Washington, D.C. 20036 | wmurphy@zuckerman.com |
| Tel.: (202) 326-7900 | dmoylan@zuckerman.com |
| Fax: (202) 326-7999 | Ezra B. Marcus (admitted *pro hac vice*) |
| Email: mhansen@kellogghansen.com | 1800 M Street NW, Suite 1000 |
| Email: jwebster@kellogghansen.com | Washington, DC 20036 |
| Email: dschwarz@kellogghansen.com | (202) 778-1800 (office) |
| Email: khorvitz@kellogghansen.com | (202) 822-8106 (fax) |
| Email: randerson@kellogghansen.com | cmehta@zuckerman.com |
| | emarcus@zuckerman.com |
| *Counsel for Defendant Jonathan M. Orszag* | WILKINSON STEKLOFF LLP |
| | Brian L. Stekloff (Fed. Bar No. 26835) |
| | 2001 M Street NW, 10th Floor |
| | Washington, DC 20036 |
| | (202) 847-4000 (office) |
| | (202) 847-4005 (fax) |
| | bstekloff@wilkinsonstekloff.com |
| | *Counsel for Plaintiff FTI Consulting, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 19, 2024, the foregoing document was filed in this matter through the Court's CM/ECF system, causing a copy to be served on all registered participants identified on the Notice of Electronic Filing.

       */s/ Daniel P. Moylan*

       Daniel P. Moylan

       *Counsel for Plaintiff FTI Consulting, Inc.*