UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Southern Division)

FTI CONSULTING, INC.

    Plaintiff,

v.

JONATHAN M. ORSZAG,

    Defendant.

Case No. 8:23-cv-03200-PJM

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Extend Date for Submission of Joint Proposed Scheduling Order ("Joint Motion"), it is hereby ORDERED that:

1. The Joint Motion is GRANTED; and
2. Counsel for the parties are DIRECTED to submit a Joint Proposed Scheduling Order to the Court on or before January 24, 2025.

Date: December 19, 2024

_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE