# Exhibit C

July 3, 2024

Steve Gunby
CEO, FTI Consulting

Board of Directors, FTI Consulting

Dear Steve and Members of the FTI Board of Directors,

We, the undersigned, are economists and members of the senior staff (SMDs, EVPs, SVPs, and VPs) at Compass Lexecon's offices in North America. We previously wrote a letter expressing our concern about FTI's decision to terminate Jon Orszag's employment. In that letter, we expressly did not comment on the substance of the pending litigation between FTI and Jon.

It has come to our attention that a core allegation in that litigation is that Jon "has engaged in a deliberate scheme to solicit FTI's and Compass Lexecon's employees."[1] We write this letter to provide facts relevant for the record. Specifically, we attest that Jon has not, at any point during our employment with Compass Lexecon, solicited any of us to leave for another firm.

The only specific example that the Second Amended Complaint offers of Jon seeking to "incite a mass resignation" was a speech that he gave on a conference call with certain senior Compass Lexecon staff in July 2023.[2] For those of us who attended the call, we attest that this speech did not incite any of us to resign from Compass Lexecon or FTI.

Sincerely,

1. Andres Lerner, EVP
2. Aren Megerdichian, EVP
3. Bradley Reiff, EVP
4. Bret Dickey, EVP
5. Bryan Keating, EVP
6. Cagatay Koc, EVP
7. Catherine Barron, EVP
8. Colleen Loughlin, EVP
9. Daniel Gaynor, EVP
10. Darin Lee, EVP
11. David Gross, EVP
12. David Meyer, EVP
13. David Weiskopf, EVP
14. Ed Grgeta, EVP

---

[1]   Second Amended Complaint, January 9, 2024, ¶ 113.

[2]   Second Amended Complaint, January 9, 2024, ¶¶ 68-74.

   As described in the Second Amended Complaint, FTI's senior management undertook "extensive efforts" to vet the speech before Jon delivered it to Compass Lexecon staff (Second Amended Complaint, January 9, 2024, ¶ 74).

15. Elizabeth Wang, EVP
16. Erica Benton, EVP
17. Erin Secatore, EVP
18. Ethan Singer, EVP
19. Guillermo Israilevich, EVP
20. Hal Sider, EVP
21. Ian MacSwain, EVP
22. Jason Wu, EVP
23. Jennifer C. Milliron, EVP
24. Jeremy Sandford, EVP
25. Jerry Lumer, EVP
26. Jim Ratliff, EVP
27. Jith Jayaratne, EVP
28. John Bigelow, EVP
29. Jonathan Bowater, EVP
30. Ka Hei Tse, EVP
31. Lona Fowdur, EVP
32. Loren Poulsen, EVP
33. Loren Smith, EVP
34. Lynette Neumann, EVP
35. Mary Coleman, EVP
36. Matt Schmitt, EVP
37. Michael Smith, EVP
38. Nathan Wilson, EVP
39. Nauman Ilias, EVP
40. Neal Lenhoff, EVP
41. Niall MacMenamin, EVP
42. Peter Clayburgh, EVP
43. Rahul Sekhar, EVP
44. Ralph Scholten, EVP
45. Ran Wei, EVP
46. Rick Flyer, EVP
47. Sebastian Zuccon, EVP
48. Steven Peterson, EVP
49. Theresa Sullivan, EVP
50. Vanessa Y. Zhang, EVP
51. Abby Colucci, Executive Dir., Admin & Planning
52. Alice O'Donnell, SVP
53. Bo Bourke, SVP
54. Chris Fasel, SVP
55. Chris Rybak, SVP
56. Christopher Fiore, SVP
57. Georgi Giozov, SVP
58. Gilad Levin, SVP
59. Hans-Jürgen Petersen, SVP

60. Heather Spang, SVP
61. Janin Wimer, SVP
62. Jeff Raileanu, SVP
63. John Hore, SVP
64. Joseph Goodman, SVP
65. Josephine Xu, SVP
66. Kirupa Ramaiah, SVP
67. Kun Huang, SVP
68. Marc Huntley, SVP
69. Maria Stoyadinova, SVP
70. Maya Meidan, SVP
71. Michael Sabor, SVP
72. Narsid Golic, SVP
73. Rodrigo Montes, SVP
74. Sencer Ecer, SVP
75. Sophie Yang, SVP
76. Stephen Cacciola, SVP
77. Steve Stanis, SVP
78. Xanthi Gkougkousi, SVP
79. Agustina Levy, VP
80. Ben Spulber, VP
81. Daisy Sun, VP
82. Elad Zigelman, VP
83. Elizabeth A. Wall, VP
84. Eric Amel, VP
85. Genaro Marquez, VP
86. Gloriana Alvarez, VP
87. Heather Freilich-Farby, VP
88. Jake Cheng, VP
89. James Tam, VP
90. John Campbell, VP
91. Joshua Waller, VP
92. Lily Chen, VP
93. Mark Rodini, VP
94. Mary Li, VP
95. Matias Escudero, VP
96. May Huang, VP
97. Meade Atkeson, VP
98. Michael Matelis, VP
99. Mihir Gokhale, VP
100. Mihir Narain, VP
101. Nabila Lotayef, VP
102. Prerana Nanda, VP
103. Rob Oandasan, VP
104. Ryan Dorow, VP

105. Susan Nutt, VP
106. Taylor Hines, VP
107. Todd Bettisworth, VP
108. Tully Lillis, VP
109. Yili Wang, VP
110. Zhaoning (Nancy) Wang, VP

cc: Jonathan Orszag