# Exhibit D

December 18, 2023

Steve Gunby
CEO, FTI Consulting

Board of Directors, FTI Consulting

Dear Steve and Members of the Board of Directors,

We, the undersigned and excluding members of the Compass Lexecon executive committee (who communicate directly with the FTI Board of Directors), are economists and members of the senior staff (SMDs, EVPs, SVPs, and VPs) at Compass Lexecon's offices in North America, Latin America and China. Collectively, we play a variety of core roles in the firm, including leading practice areas, supporting testifying experts on projects large and small, managing teams of staff, running certain Compass Lexecon offices, generating business, and in some cases testifying ourselves. We work in key practice areas of the firm such as competition, finance, international arbitration, IP and valuation.

We write this letter to express our deep alarm about FTI's recent decision to terminate the employment of Jon Orszag. We understand that there is currently pending litigation between FTI and Jon. We are not commenting on the substance of that litigation. However, FTI's recent actions have caused distress to Compass Lexecon staff and generated questions from Compass Lexecon clients. We believe that these actions are not in the long-term interest of Compass Lexecon.

We have all benefited from Jon's leadership. Many of us were recruited by Jon and many have worked closely with him for years. With that perspective, it is clear to us that Jon has been instrumental in making Compass Lexecon not only a powerhouse in economic consulting but also a great place to work.

Over the years we have observed the key role played by Jon in developing the firm. He has been instrumental in diversifying Compass Lexecon from its initial reliance on a small number of academic rainmakers to a firm that has a broad and deep bench of business generators. He has developed a substantial international presence, diversified practice areas, and developed testifying experts internally—all this in addition to his role as one of Compass Lexecon's largest business generators who has kept a substantial fraction of Compass Lexecon staff busy on his projects.

Jon has also been instrumental in creating a collegial culture at Compass Lexecon—one where we can focus on the substance of our work—and a working environment where Compass Lexecon management ensures that administrative distractions are minimized, and decisions are made quickly and well. Jon has been a tireless and generous advocate both for Compass Lexecon generally and for many of us personally. This culture has been a critical factor in our ability to recruit and retain high-quality talent.

We believe that Jon has a set of skills and relationships within and outside the firm that will be difficult if not impossible to replace. As such, we believe that the termination of his employment will materially harm Compass Lexecon's ability to succeed going forward.

We are encouraged by the fact that Compass Lexecon and Jon have entered into an independent contractor arrangement related to Jon's current, and potentially future, projects. Several of Jon's current projects are at an advanced stage with commitments to provide live testimony. The independent contractor arrangement will enable Jon and Compass Lexecon to continue to employ

substantial numbers of Compass Lexecon staff and to mitigate the immediate disruptions to client relations and work processes resulting from the termination of his employment.

Notwithstanding the current arrangement, we write to express our strong support and respect for Jon and our ongoing concern about the disruption FTI's actions have caused. We strongly urge you to resolve the dispute in a mutually agreeable manner as quickly as possible.

Sincerely,

1. Adel Turki, SMD
2. Dennis Carlton, SMD
3. Manuel Abdala, SMD
4. Pablo Spiller
5. Allan Shampine, EVP
6. Andres Lerner, EVP
7. Aren Megerdichian, EVP
8. Bradley Reiff, EVP
9. Bret Dickey, EVP
10. Bryan Keating, EVP
11. Cagatay Koc, EVP
12. Carla Chavich, EVP
13. Catherine Barron, EVP
14. Colleen Loughlin, EVP
15. Daniel Gaynor, EVP
16. Darin Lee, EVP
17. David Gross, EVP
18. David Meyer, EVP
19. David Reishus, EVP
20. David Weiskopf, EVP
21. Duncan Cameron, EVP
22. Dzmitry Asinski, EVP
23. Ed Grgeta, EVP
24. Elizabeth Wang, EVP
25. Emmett Dacey, EVP
26. Erica Benton, EVP
27. Erin Secatore, EVP
28. Ethan Singer, EVP
29. Evan McKay, EVP
30. Guillermo Israilevich, EVP
31. Hal Sider, EVP
32. Ian MacSwain, EVP
33. Jennifer C. Milliron, EVP
34. Jeremy Sandford, EVP
35. Jerry Lumer, EVP
36. Jessica Mandel, EVP
37. Jim Ratliff, EVP

38. Jith Jayaratne, EVP
39. John Bigelow, EVP
40. Jonathan Bowater, EVP
41. Ka Hei Tse, EVP
42. Kevin Dages, EVP
43. Kevin Green, EVP
44. Lona Fowdur, EVP
45. Loren Poulsen, EVP
46. Loren Smith, EVP
47. Lynette Neumann, EVP
48. Marcelo Schoeters, EVP
49. Mary Coleman, EVP
50. Matt Schmitt, EVP
51. Michael Smith, EVP
52. Nathan Wilson, EVP
53. Nauman Ilias, EVP
54. Neal Lenhoff, EVP
55. Niall MacMenamin, EVP
56. Pablo Lopez Zadicoff, EVP
57. Peter Clayburgh, EVP
58. Rahul Sekhar, EVP
59. Ralph Scholten, EVP
60. Ran Wei, EVP
61. Rick Flyer, EVP
62. Sebastian Zuccon, EVP
63. Steven Peterson, EVP
64. Theresa Sullivan, EVP
65. Thomas A. Stemwedel, EVP
66. Tom Varner, EVP
67. Vanessa Y. Zhang, EVP
68. Yoad Shefi, EVP
69. Abby Colucci, Executive Dir., Admin & Planning
70. Alex Rinaudo, SVP
71. Alice O'Donnell, SVP
72. Bo Bourke, SVP
73. Chris Fasel, SVP
74. Chris Rybak, SVP
75. Christopher Fiore, SVP
76. David Strahlberg, SVP
77. Georgi Giozov, SVP
78. Gilad Levin, SVP
79. Hans-Jürgen Petersen, SVP
80. Heather Spang, SVP
81. Janin Wimer, SVP

82. Jason Wu, SVP
83. Jeff Raileanu, SVP
84. John Hore, SVP
85. Joseph Goodman, SVP
86. Josephine Xu, SVP
87. Kirupa Ramaiah, SVP
88. Kun Huang, SVP
89. Laura Yergesheva, SVP
90. Marc Huntley, SVP
91. Maria Stoyadinova, SVP
92. Maya Meidan, SVP
93. Michael Sabor, SVP
94. Narsid Golic, SVP
95. Otto Hansen, SVP
96. Peter Marlantes, SVP
97. Quinn Johnson, SVP
98. Robin Stahl, SVP
99. Rodrigo Montes, SVP
100. Sencer Ecer, SVP
101. Sophie Yang, SVP
102. Stephen Cacciola, SVP
103. Steve Stanis, SVP
104. Xanthi Gkougkousi, SVP
105. Agustina Levy, VP
106. Allan Zhang, VP
107. Andrew Lin, VP
108. Avisheh Mohsenin, VP
109. Ben Spulber, VP
110. Daisy Sun, VP
111. Elad Zigelman, VP
112. Elizabeth A. Wall, VP
113. Eric Amel, VP
114. Erika Morris, VP
115. Genaro Marquez, VP
116. Gloriana Alvarez, VP
117. Heather Freilich-Farby, VP
118. Jake Cheng, VP
119. James Tam, VP
120. John Campbell, VP
121. Joshua Waller, VP
122. Kevin Hartt, VP
123. Lily Chen, VP
124. Margaret Hlebowitsh, VP
125. Mark Rodini, VP

126. Mary Li, VP
127. Matias Escudero, VP
128. May Huang, VP
129. Meade Atkseson, VP
130. Michael Matelis, VP
131. Mihir Gokhale, VP
132. Mihir Narain, VP
133. Nabila Lotayef, VP
134. Prerana Nanda, VP
135. Rob Oandasan, VP
136. Ryan Dorow, VP
137. Susan Nutt, VP
138. Taylor Hines, VP
139. Todd Bettisworth, VP
140. Tongtong Shi, VP
141. Tully Lillis, VP
142. Yili Wang, VP
143. Zhaoning (Nancy) Wang, VP