UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FTI CONSULTING, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>JONATHAN M. ORSZAG,<br><br>*Defendant.*<br><br>JONATHAN M. ORSZAG,<br><br>*Counterclaim Plaintiff*,<br><br>v.<br><br>FTI CONSULTING, INC. AND<br>STEVEN H. GUNBY,<br><br>*Counterclaim Defendants*. | Civil Action No.: 8:23-cv-03200-BAH |

MOTION TO SEAL BY DEFENDANT AND
COUNTERCLAIM PLAINTIFF JONATHAN ORSZAG

    Pursuant to Local Rule 105.11, Defendant and Counterclaim Plaintiff Jonathan M. Orszag, by and through his undersigned counsel and in the above-captioned litigation with Plaintiff and Counterclaim Defendant FTI Consulting, Inc. ("FTI") and Counterclaim Defendant Steven H. Gunby, respectfully submits this Motion To Seal an unredacted version of his opposition to the Counterclaim Defendants' Joint Motion To Dismiss the Counterclaims (the "Opposition"), as well as the exhibit thereto, and to publicly file redacted versions of such documents.  In support thereof, Mr. Orszag states:

1.      Mr. Orszag seeks to file an unredacted version of his Opposition under seal and publicly file a redacted version of the Opposition. The redacted portions of the Opposition contain information that the parties agreed to maintain as confidential and file under seal pursuant to the Stipulated Protective Order entered by the Court. *See* ECF No. 71, at 7 (Oct. 28, 2024).

2.      Mr. Orszag seeks to file an unredacted version of Exhibit A to the Opposition under seal and publicly file a redacted version of that exhibit. Exhibit A is an email from Mr. Gunby to Mr. Orszag on November 20, 2023, with two attachments. Mr. Orszag seeks to file under seal one of those attachments – the Notice of Termination – which FTI previously moved to file under seal; the Court granted that motion to seal. ECF No. 28. Mr. Orszag further seeks to redact his social security number, which is contained in the email's other attachment. *See* Fed. R. Civ. P. 5.2(a)(1) (requiring redaction of social security numbers in court filings).

DATED:  April 11, 2025                                   Respectfully submitted,

                                                 By:   */s/ David L. Schwarz*

Mark C. Hansen (Bar No. 12266)
James M. Webster, III (Bar No. 23376)
David L. Schwarz (admitted *pro hac vice*)
Kevin D. Horvitz (admitted *pro hac vice*)
Rachel T. Anderson (admitted *pro hac vice*)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.:  (202) 326-7900
Fax:  (202) 326-7999
Email:  mhansen@kellogghansen.com
Email:  jwebster@kellogghansen.com
Email:  dschwarz@kellogghansen.com
Email:  khorvitz@kellogghansen.com
Email:  randerson@kellogghansen.com

*Counsel for Defendant and Counterclaim Plaintiff Jonathan M. Orszag*

## CERTIFICATE OF SERVICE

    I hereby certify that, on April 11, 2025, the foregoing document was filed through the ECF system, which caused a copy of the document to be served on all registered participants identified on the Notice of Electronic Filing.  Additionally, the following counsel have been served with sealed and unredacted copies of the Opposition and exhibit:

William J. Murphy
Daniel P. Moylan
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel.: (410) 949-1146
Fax: (410) 659-0436
wmurphy@zuckerman.com
dmoylan@zuckerman.com

Brian L Stekloff
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, D.C. 20036
Tel.: (202) 847-4030
Fax: (202) 847-4005
Email: bstekloff@wilkinsonstekloff.com

Caroline J. Mehta
Ezra B. Marcus
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, D.C. 20036
Tel.: (202) 778-1800
Fax: (202) 822-8106
cmehta@zuckerman.com
emarcus@zuckerman.com

Leila Bijan
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 19th Floor
New York, NY 10022
Tel.: (212) 704-9600
Fax: (212) 704-4256
lbijan@zuckerman.com

*Counsel for Plaintiff and Counterclaim Defendant FTI Consulting, Inc.*
*and Counterclaim Defendant Steven H. Gunby*

    */s/ David L. Schwarz*
    David L. Schwarz

    KELLOGG, HANSEN, TODD,
      FIGEL & FREDERICK, P.L.L.C.

    *Counsel for Defendant and*
    *Counterclaim Plaintiff Jonathan M. Orszag*