IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| FTI CONSULTING, INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 23-3200-BAH |
| JONATHAN ORSZAG, | * | |
| Defendant. | * | |
| ------------------------------------------ | * | |
| JONATHAN ORSZAG, | * | |
| Counterclaim Plaintiff, | * | |
| v. | * | |
| FTI CONSULTING, INC., ET AL, | * | |
| Counterclaim Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MODIFIED SCHEDULING ORDER**

The Court has received the parties' initial joint status report in which the parties dispute modification requests to the case schedule and deposition hours. *See* ECF 120. Having reviewed the parties' positions explained therein, the Court modifies the Scheduling Order, ECF 120, as follows:

I. <u>Deadlines</u>

| | |
|---|---|
| January 2, 2026: | Moving for joinder of additional parties and amendment of pleadings |
| January 15, 2026: | Substantial completion of party document productions and exchange of privilege logs |
| March 23, 2026: | Fact discovery ends |
| April 15, 2026: | Opening expert reports (both parties) |

| | |
|---|---|
| May 14, 2026: | Rebuttal reports (both parties) |
| May 21, 2026: | Rule 26(e)(2) supplementation of disclosures and responses |
| June 12, 2026: | Completion of expert discovery, submission of status report |
| June 19, 2026: | Requests for admission |
| July 15, 2026: | Dispositive pretrial motions deadline |

II.  Early Settlement/ADR Conference

The Court understands that the parties do not wish to be referred to a U.S. Magistrate Judge for a settlement conference at this time.  Should that change, given that settlement conferences are typically scheduled months in advance, the parties are directed to alert the Court as soon as practicable when they believe referral for mediation would be useful.

III.  Deposition Hours

The Court understands that the parties dispute the number of deposition hours each believes sufficient.  *See* ECF 125, at 2, at 10–12.  FTI and Mr. Gunby request up to 126 fact deposition hours per side.  *Id.* at 2.  Mr. Orszag requests 30 hours for fact depositions per side.  *Id.* at 10–12.  The Court will approve 40 deposition hours per side at this time.

IV.  Further Requests to Modify This Order and the Scheduling Order (ECF 120)

Should the parties seek further modifications of the Scheduling Order, as modified herein, counsel must first meet and confer either in person or by videoconferencing and attempt to come to an agreement on the proposed modifications before filing such a motion with the Court.  Should an agreement not be reached, any motion seeking to modify this order must be accompanied by a statement describing the time, place, and length of the conference between counsel.

Date:  September 4, 2025                                      /s/
                                                       Brendan A. Hurson
                                                       United States District Judge

2