

William J. Murphy
PARTNER
Zuckerman Spaeder LLP
wmurphy@zuckerman.com
(410) 949-1146

December 2, 2025

**VIA CM/ECF**

Hon. Ajmel A. Quereshi
United States Magistrate Judge
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re: <u>Orszag v. FTI Consulting, Inc. & Gunby</u>, No. 8:23-cv-03200-BAH (D. Md.)

Judge Quereshi,

      Pursuant to Your Honor's expedited discovery dispute procedure, ECF No. 143, the parties jointly submit this letter to request that the Court resolve a dispute related to the end date for the discoverability of text messages and other written communications that may be relevant to any party's claims or defenses. Plaintiff/counterclaim defendant FTI Consulting Inc. and counterclaim defendant Steven Gunby have proposed July 31, 2025, as the end date for all text message and document discovery requests propounded by FTI or Mr. Gunby. Defendant/counterclaim plaintiff Jon Orszag has proposed that the end date for an individual Request for Production ("RFP") be tied to the substance of the RFP itself, as the parties have already agreed to for several RFPs propounded by Mr. Orszag.

      Pursuant to Local Rules 104.7 and 104.8, the parties hereby certify that they met and conferred by videoconference on October 21, October 28, and November 21, 2025, and discussed this issue, among other issues. Further, the parties' counsel exchanged correspondence addressing this issue, among other issues, on October 1, October 16, October 31, November 7, November 17, and November 25, 2025. Counsel involved in these meet-and-confers and correspondence included: David L. Schwarz, Lillian V. Smith, and Rachel Anderson DeLisle for Mr. Orszag; and William J. Murphy, Daniel A. Braun, Daniel P. Moylan, Ivano Ventresca, Kosta Stojilkovic, Jolee Porter, and Jeremy Barber for FTI and Mr. Gunby.

      Pursuant to Your Honor's expedited discovery dispute procedure, ECF No. 143(2), the parties further request permission to attach a one-page appendix providing the competing dates for each document request. This brief attachment will assist the Court in understanding the current state of the parties' dispute.

                                                                             Respectfully submitted,

| | |
|---|---|
|    */s/Mark C. Hansen (with permission)* |    */s/ William J. Murphy* |
| Mark C. Hansen (Bar No. 12266) | William J. Murphy (Fed. Bar No. 00497) |
| James M. Webster, III (Bar No. 23376) | Daniel P. Moylan (Fed. Bar No. 26476) |
| David L. Schwarz (admitted *pro hac vice*) | Kirk E. MacKinnon Morrow (Fed Bar No. 31703) |
| Lillian V. Smith (admitted *pro hac vice*) | ZUCKERMAN SPAEDER LLP |
| Kevin D. Horvitz (admitted *pro hac vice*) | 100 East Pratt Street, Suite 2440 |
| Rachel A. DeLisle (admitted *pro hac vice*) | Baltimore, MD 21202-1031 |
| KELLOGG, HANSEN, TODD, | (410) 949-1146 (office) |
|  FIGEL & FREDERICK, P.L.L.C. | (410) 659-0436 (fax) |
| 1615 M Street, N.W., Suite 400 | wmurphy@zuckerman.com |
| Washington, D.C. 20036 | dmoylan@zuckerman.com |
| Tel.: (202) 326-7900 | kmackinnonmorrow@zuckerman.com |
| Fax: (202) 326-7999 | |
| Email: mhansen@kellogghansen.com | Ivano Ventresca (Fed. Bar No. 30763) |
| Email: jwebster@kellogghansen.com | 2100 L Street NW, Suite 400 |
| Email: dschwarz@kellogghansen.com | Washington, DC 20036 |
| Email: lsmith@kellogghansen.com | (202) 778-1800 (office) |
| Email: khorvitz@kellogghansen.com | (202) 822-8106 (fax) |
| Email: rdelisle@kellogghansen.com | iventresca@zuckerman.com |

*Counsel for Defendant and Counterclaim Plaintiff Jonathan M. Orszag*

WILKINSON STEKLOFF LLP

Brian L. Stekloff (Fed. Bar No. 26835)
Kosta Stojilkovic (admitted *pro hac vice*)
Jolee Porter (admitted *pro hac vice*)2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4000 (office)
(202) 847-4005 (fax)
bstekloff@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
jporter@wilkinsonstekloff.com

Jeremy Barber (admitted *pro hac vice*)
130 W. 42nd Street, 24th Floor
New York, NY 10036
(212) 294-8910 (office)
(202) 847-4005 (fax)
jbarber@willkinsonstekloff.com

*Counsel for FTI Consulting, Inc. & Steven Gunby*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, the foregoing document was filed in this matter through the Court's CM/ECF system, causing a copy to be served on all registered participants identified on the Notice of Electronic Filing.

                               */s/ William J. Murphy*
                               William J. Murphy
                               *Counsel for Plaintiff and Counterclaim*
                               *Defendant FTI Consulting, Inc. &*
                               *Counterclaim Defendant Steven H. Gunby*