UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| FTI CONSULTING, INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil Case No. 8:23-3200-BAH |
| JONATHAN ORSZAG, | * | |
| Defendant. | * | |

## ORDER

For the reasons stated on the record at ECF No. 158, the Court orders that: 1) the end date for Plaintiff's Requests regarding communications with Compass Lexecon clients and/or employees shall be extended to February 28, 2025; 2) the end date for Plaintiff's Requests for the production of Defendant's texts and other private communications with Dr. Mark Israel shall be extended to March 31, 2025; and 3) the depositions in dispute in ECF Nos. 159 and 160 shall occur between January 5, 2026, and February 12, 2026.  Regarding the first and second orders above, the parties shall, on or before December 22, 2025, meet and confer as to the appropriate search terms for the extended periods.  On or before December 23, 2025, the parties shall file a Joint Status Report addressing whether the issues have been resolved.  If they have not been resolved, Defendant shall provide specific information therein regarding the burden from Plaintiff's most recent position, including, but not limited to, the hit count.

So ordered.

Dated: December 18, 2025               _____/s/_____
                                       Ajmel A. Quereshi
                                       United States Magistrate Judge