# Exhibit D

**PUBLIC - REDACTED**

## EXHIBIT D

All the newly pleaded allegations specific to Orszag occurred *at the latest* on November 21, 2024. And each action was either known to FTI or would have been known to FTI based on a bare minimum investigation into its claims.

| Allegation / Theory | Paragraph Number(s) | Date of Alleged Act(s) | Date Known to FTI |
|---|---|---|---|
| While a Compass Lexecon employee, Orszag "secretly negotiated" with "major investment banks" to obtain capital for his new firm. | ¶ 3 | Spring and Summer 2023 | September 7, 2024, the date on which the communications with potential investors were produced in discovery. |
| Orszag "openly discussed the idea of separating Compass Lexecon from FTI" in Chicago-based management committee meetings. | ¶ 94 | 2023 | At all times the management meetings were attended by CL's chairman. |
| Orszag "promised" a "senior Compass Lexecon professional" equity if Orszag started a new firm. | ¶ 92 | June 25, 2023 | At all times the email was in FTI's possession, custody and control.[1] |
| Dr. Israel agreed to share ▮▮▮ with potential investors. | ¶ 121 | Summer 2023 | September 19, 2024, the date of Orszag's deposition in which he stated that Dr. Israel authorized him to share the information. Orszag Dep. Tr. 53:14-22. |
| Orszag disclosed ▮▮▮, based on Orszag's notes. | ¶¶ 82-86 | September 2023[2] | September 7, 2024, the date on which the notes were produced in discovery. |
| Orszag "held a dinner meeting in Milan" with Compass Lexecon Europe | ¶ 93 | October 22, 2023 | September 19, 2024, the date of Orszag's deposition in which he |

---

[1] FTI further admitted in a recent discovery dispute that FTI began "reviewing Mr. Orszag's emails stored on FTI's server" immediately after it terminated Orszag's employment. *See* ECF No. 187, at 1-2.

[2] The document on which this allegation is based is dated September 8, 2023.

D-1

| Allegation / Theory | Paragraph Number(s) | Date of Alleged Act(s) | Date Known to FTI |
|---|---|---|---|
| leaders and provided "illustrative values" for equity in the new firm. | | | was questioned about the dinner. *See* Orszag Dep. Tr. 17:12-18:5.[3] |
| Orszag drafted cap tables for his new firm ███████████████. | ¶ 89 | Fall 2023 | September 7, 2024, the date on which the draft cap tables were produced in discovery. |
| In conversations with Compass Lexecon professionals, Orszag "referenced" two potential paths for negotiations with FTI – an amicable solution and an "unamicable" solution. | ¶ 97 | Fall 2023 | At all times the relevant emails and witnesses were in FTI's possession, custody, or control (and FTI was monitoring Orszag's and Dr. Israel's emails). |
| Dr. Israel shared four revenue reports with Orszag via email. | ¶¶ 124-127, 180-182 | May, August, September, and October 2024 | April 11, 2025, at the latest, as these allegations were included in FTI's status report on that date. *See* ECF No. 104-1. |
| Orszag / Econic offered equity and a board seat to Dr. Israel in 2024. | ¶¶ 238-240 | Before November 20, 2024 | At all times the relevant emails were in FTI's possession, custody, and control (and FTI was monitoring Orszag and Dr. Israel's emails). |
| Dr. Israel secretly agreed to join Econic by November 21, 2024, with a 2% equity stake in Econic and a board seat. | ¶¶ 6, 14, 128-131, 136-137 | November 2024 | March 31, 2025, the date on which Dr. Israel announced he would join Econic, and by which time Compass Lexecon had monitored Dr. Israel's emails (including emails with his financial advisor revealing his decision) for months. |

---

[3] FTI further cited this dinner meeting in its September 29, 2025 amended interrogatory responses as a basis for its solicitation claim.

| Allegation / Theory | Paragraph Number(s) | Date of Alleged Act(s) | Date Known to FTI |
|---|---|---|---|
| Goldman Sachs provided ▇▇▇▇▇▇▇▇ | ¶¶ 4, 85 | Fall 2024 | Fall / Winter 2024, when Orszag began making employment offers to Compass Lexecon employees, referencing the Goldman Sachs investment and produced investment-related documents in discovery. |
| Dr. Israel misled FTI / Compass Lexecon leadership by stating he planned to scale back or become an independent contractor in April 2025. | ¶¶ 133-136 | Late 2024 to March 2025 | March 31, 2025, the date on which Dr. Israel announced he would join Econic. |
| Dr. Israel "steered" business from Compass Lexecon to Econic in February and March 2025. | ¶¶ 141-143 | February to March 2025 | At all times the relevant emails were in FTI's possession, custody, and control (and FTI was monitoring Orszag's and Dr. Israel's emails). |
| Dr. Israel "solicited" a client to join Econic by stating that he would "LOVE" to work with them. | ¶¶ 145-146 | April 2025 | At all times the relevant emails were in FTI's possession, custody, and control (and FTI was monitoring Orszag's and Dr. Israel's emails). |
| Compass Lexecon suffered significant net losses from top clients, since Econic's launch, lost well over a hundred professionals, and incurred higher expenses. | ¶¶ 148-149 | February 2025 to present | February 20, 2025, the date on which (after Econic was announced) FTI publicly announced its intention to seek disgorgement of Econic's profits and by which date dozens of professionals had already resigned. |