January 26, 2026

*By ECF*

Hon. Ajmel A. Quereshi
United States Magistrate Judge
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re: <u>Orszag v. FTI Consulting, Inc. & Gunby</u>, No. 8:23-cv-03200-BAH-AAQ (D. Md.)

Judge Quereshi,

      Pursuant to Your Honor's expedited discovery dispute procedure, ECF No. 143, counsel for FTI write jointly together with counsel for third-party respondent Mark Israel, Ph.D.,[1] regarding a dispute related to Dr. Israel's production of documents responsive to two document subpoenas served through counsel in August and October 2025.

      FTI's position is that FTI and Dr. Israel have reached impasse regarding the end date for the production of Dr. Israel's communications with third parties—*i.e.*, parties other than Mr. Orszag—about relevant matters. FTI is seeking such production through March 31, 2025, but Dr. Israel has produced documents only through November 20, 2024. Through counsel, FTI has apprised Dr. Israel of this Court's prior rulings on the March 31, 2025, end-date for communications between Mr. Orszag and Dr. Israel.

      Dr. Israel disputes the relevance of later material and maintains that FTI's demand risks undue duplication of effort and piecemeal discovery. FTI has moved to amend its complaint and add Dr. Israel as a party. Yet FTI has not yet determined what discovery it may seek from him if he is later added as a party and it has declined to limit such discovery, except to commit to "minimize any unnecessary duplication in the production Dr. Israel's third-party communications from January 1, 2023, through March 31, 2025." Dr. Israel has already searched for and produced documents through November 20, 2024.

      Pursuant to Local Rule 104.7 and 104.8, the parties hereby certify that they met and conferred by videoconference on January 15 and 20, 2026, in which the scope of the subpoenas was discussed with a view toward resolving the matter in dispute. The parties have also had several earlier conferences about the scope of the subpoenas (including the date cutoff), dating back to October 29, 2025. Counsel involved in these communications have primarily included: Doug Albritton for Dr. Israel; and Daniel P. Moylan and Ivano Ventresca for FTI and Mr. Gunby.

---

[1] Dr. Israel is a Maryland resident.

|  |  |
|---|---|
| ACTUATE LAW, LLC<br>/s/ Douglas A. Albritton<br>641 West Lake Street, 5th Floor<br>Chicago, IL 60661<br>312-579-3131 (direct)<br>doug.albritton@actuatelaw.com<br><br>*Counsel for Third-Party Respondent Mark Israel, Ph.D.* | Respectfully submitted,<br><br>ZUCKERMAN SPAEDER LLP<br><br> */s/ Daniel P. Moylan*<br>William J. Murphy (Fed. Bar No. 00497)<br>Daniel P. Moylan (Fed. Bar No. 26476)<br>Kirk E. MacKinnon Morrow (Fed Bar No. 31703)<br>100 East Pratt Street, Suite 2440<br>Baltimore, MD 21202-1031<br>(410) 949-1146 (office)<br>(410) 659-0436 (fax)<br>wmurphy@zuckerman.com<br>dmoylan@zuckerman.com<br>kmackinnonmorrow@zuckerman.com<br><br>Ivano Ventresca (Fed. Bar No. 30763)<br>2100 L Street NW, Suite 400<br>Washington, DC 20036<br>(202) 778-1800 (office)<br>(202) 822-8106 (fax)<br>iventresca@zuckerman.com<br><br>*Counsel for Plaintiff and Counterclaim Defendant FTI Consulting, Inc. & Counterclaim Defendant Steven Gunby* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2026, the foregoing document was filed in this matter through the Court's CM/ECF system, causing a copy to be served on all registered participants identified on the Notice of Electronic Filing.

 */s/ Daniel P. Moylan*

*Counsel for Plaintiff and Counterclaim Defendant FTI Consulting, Inc. & Counterclaim Defendant Steven Gunby*