UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FTI CONSULTING, INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil Case No. 8:23-3200-BAH |
| JONATHAN ORSZAG, | * | |
| Defendant. | * | |

## ORDER

This Order memorializes the Discovery Hearing held on February 12, 2026. ECF No. 223. For the reasons stated on the record, Plaintiff's request for the communications in dispute in ECF No. 201 is denied, without prejudice. If the Court grants Plaintiff's Motion to add Dr. Israel as a defendant, or Plaintiff presents communications from Dr. Israel to prohibited third parties at the direction of or in coordination with Defendant from before November 20, 2024, the Court shall revisit its ruling.

So ordered.

Dated: February 12, 2026

_____/s/_____
Ajmel A. Quereshi
United States Magistrate Judge