# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| FTI CONSULTING, INC., <br><br> *Plaintiff*, <br> v. <br><br> JONATHAN ORSZAG, <br><br> *Defendant*. <br><br> ――――――――――――――――― <br><br> JONATHAN ORSZAG, <br><br> *Counterclaim Plaintiff*, <br> v. <br><br> FTI CONSULTING, INC. & <br> STEVEN GUNBY, <br><br> *Counterclaim Defendants*. | Case No. 8:23-cv-03200-BAH |

**FTI CONSULTING INC.'S SECOND
<u>REQUEST FOR PRODUCTION OF DOCUMENTS</u>**

In accordance with Federal Rules of Civil Procedure 26 and 34, Plaintiff/Counterclaim Defendant FTI Consulting Inc. ("FTI") requests that Defendant/Counterclaim Plaintiff Jonathan Orszag produce the documents described below within 30 days of service of these Requests. Responsive documents should be produced at the law offices of Zuckerman Spaeder LLP, 100 E. Pratt St., Suite 2440, Baltimore, MD 21202, according to the following Definitions and Instructions. If Defendant finds any language used in these Requests to be unclear or vague, or finds these Requests otherwise objectionable in any respect and intends to object, undersigned counsel are available to confer promptly, including in advance of Defendant's response deadline, to attempt to resolve any issues.

## INSTRUCTIONS

1. Unless otherwise specified, these Requests seek responsive documents from the time period between January 1, 2023, and the present;

2. Produce all documents responsive to these Requests that are within your possession, custody, or control. This includes responsive, non-privileged documents in the possession of third parties that you have the right to secure upon request, such as documents in the possession of your attorneys;

3. Your search for responsive documents must encompass all repositories within your possession, custody, or control that you reasonably believe may contain responsive documents. This includes, but is not limited to: all work and personal email accounts; all messaging applications; work and personal devices, such as smartphones, laptops, and desktops; cloud storage accounts such as Google Drive, Microsoft OneDrive, Apple iCloud, Dropbox, etc.; social media accounts; external digital media such as external hard drives or flash drives; and physical files, regardless of where they are located;

4. Produce documents not otherwise responsive to a request if they are attached to, enclosed with, or electronically forwarded with any document that is responsive;

5. To the fullest extent permitted by Federal Rule of Civil Procedure 26(e), these requests shall be continuing in nature so as to require you to timely supplement or correct your production if you learn that it is incomplete or incorrect in any respect;

6. If any document responsive to these requests has been destroyed, disclose the document's content, the location of copies of the document, if any, the date of the document's destruction, and the name of the person who ordered, authorized, or caused the destruction;

7. If you object to a request for production or a portion thereof, specify the request or

portion thereof to which your objection applies, "state with specificity the grounds for objecting to the request, including the reasons," and "state whether any responsive materials are being withheld" based on each objection. Fed. R. Civ. P. 34(b)(2)(B)–(C);

8. If you withhold any responsive document based on a claim of privilege, provide a privilege log containing, with respect to each such document, the information described in Federal Rule of Civil Procedure 26(b)(5) and Guideline 10(d) of the Discovery Guidelines of the U.S. District Court for the District of Maryland;

9. These Requests are not intended to solicit any material protected by either the attorney-client privilege or the work product doctrine that was created by, or developed by, your counsel in this lawsuit after the date on which the lawsuit was commenced. If any Request is susceptible of a construction which calls for the production of such material, that material need not be provided and need not be included in a privilege log pursuant to Federal Rule of Civil Procedure 26(b)(5) or Guideline 10(d) of the Discovery Guidelines of the U.S. District Court for the District of Maryland;

10. Your production(s) of Documents, including electronically stored information ("ESI"), in response to these Requests shall comply with any production protocol agreed to by the parties through their counsel.

## DEFINITIONS

1. "Communication" means the transmittal of information by any means, and, with respect to oral Communication, includes any Document evidencing such oral Communication.

2. "Document" and "Documents" are defined to be synonymous in meaning and equal in scope to the usage of the term "items" in Federal Rule of Civil Procedure 34(a)(1) and include, but are not limited to, electronically stored information. A draft or non-identical copy is a separate

Document within the meaning of this term.

3. "OtherCo" means any currently existing or planned business enterprise, not including Plaintiff FTI Consulting, Inc. or any of its corporate subsidiaries, through which You have provided or planned to provide consulting services;

4. The term "You" or "Your" refers to Defendant Jonathan Orszag and all of his agents, representatives, and attorneys.

5. The term "Econic Partners" encompasses any of Econic Partners, LLC, Econic Partners Intermediate LLC, Econic Partners US LLC, or any of their subsidiaries, parents, owners, agents, representatives, and attorneys.

6. "Confidential Information" has the meanings ascribed to it by the applicable contracts between the parties. For the avoidance of doubt:

   a. Where information was received by You on or before November 20, 2023, "Confidential Information" has the meaning set forth in Section 12(a) of the Employment Agreement entered into on January 15, 2023 by and between You, Plaintiff FTI Consulting, Inc., and Compass Lexecon LLC (the "Employment Agreement");

   b. Where information was received by You on or after November 20, 2023, "Confidential Information" has the meaning set forth in Section 7(a) of the Consulting Agreement entered into by and between Compass Lexecon LLC and Celerystix Productions, Inc., on whose behalf You signed, and became effective on November 20, 2023 (the "Consulting Agreement"). As used herein to refer to information received on or after November 20, 2023, "Confidential Information" shall also include "Customer Information," as that term is defined in Section 7(b)

4

of the Consulting Agreement.

## REQUESTS FOR PRODUCTION

1. Communications relating to Econic Partners and/or OtherCo between You and any current or former client of FTI Consulting, Inc. or Compass Lexecon LLC, or any attorney or other representative or agent acting on behalf of such a current or former client.

2. Communications relating to Econic Partners and/or OtherCo between You and any of Catherine Barron, Kirsten Edwards-Warren, Daphne Filiopoulos, Mark Israel, Hailey Moor, Robert Paul, or Zach Schwartz while each was employed by FTI Consulting, Inc. or Compass Lexecon LLC.

3. Communications between You or someone under Your direction and any individual then employed by, or then affiliated with FTI Consulting, Inc. or Compass Lexecon LLC, in which You or someone under Your direction offered, set forth potential terms of, or otherwise discussed any prospective employment relationship, consulting or other contracting arrangement, or any other affiliation with Econic Partners and/or OtherCo.

4. Communications relating to Econic Partners and/or OtherCo between You and any individual then-employed by or then-affiliated with FTI Consulting, Inc. or Compass Lexecon LLC.

5. Communications between You and any investor, investment advisor, or broker regarding Econic Partners and/or OtherCo.

6. All Communications relating to soliciting potential investments in Econic Partners and/or OtherCo, including but not limited to any such communications between You and any person affiliated with Goldman Sachs, Lazard, Apollo, any family office, or any other financial institution or investment firm.

7. Documents containing information regarding FTI Consulting, Inc. or Compass Lexecon LLC that You used in raising funds or generating investor interest in Econic Partners or OtherCo.

8. Documents and Communications relating to business or financial analysis of any potential impact on Econic Partners and/or OtherCo of the hiring of any employee or former employee of Compass Lexecon LLC or FTI Consulting, Inc.

9. Documents and Communications relating to business or financial analysis of the potential impact on Econic Partners and/or OtherCo of the engagement of any client or former client of Compass Lexecon LLC or FTI Consulting, Inc.

10. Documents relating to Your efforts to market or communicate about Econic Partners and/or OtherCo that reference Compass Lexecon LLC, FTI Consulting, Inc., any of their corporate affiliates, or any of their current or former employees or clients.

11. Documents relating to Your access to, receipt of, or use of any Confidential Information of Compass Lexecon LLC, FTI Consulting, Inc., or any of their corporate affiliates. For the avoidance of doubt, this Request specifically includes Documents relating to Your sharing or disclosure of Confidential Information to any party.

12. Documents concerning amounts owing or paid to Econic Partners and/or OtherCo, at any time since January 15, 2023, by clients that are or were clients of Compass Lexecon LLC or FTI Consulting, Inc.

13. Documents concerning the claims, counterclaims, or defenses raised by any party to this civil action, or which otherwise concern the subject matters of this litigation.

14. Communications referencing Compass Lexecon LLC, FTI Consulting, Inc., or any of their corporate affiliates, clients, employees, or agents, which relate to the formation, tax

structure, capitalization, financing, management, staffing, or ownership of Econic Partners, including minutes of meetings of Econic Partners' board and including any such Communications between You and any attorney affiliated with Munger, Tolles & Olson LLP that are not protected by attorney-client privilege.

15. Communications referenced in paragraph 122 of Your Counterclaims.

16. Communications with any individual and/or entity referenced in paragraph 122 of Your Counterclaims that relate to the possibility of ongoing or future business relationships with You, Econic Partners, and/or OtherCo, whether or not those business relationships were realized.

17. Documents concerning the allegations of Your hours billed or worked in 2023 and 2024, which are set forth in paragraphs 52 and 98 of Your Counterclaims.

18. Communications between You and either investment analysts who cover FTI Consulting, Inc., or institutional investors in FTI Consulting, Inc., concerning Compass Lexecon LLC or FTI Consulting, Inc.

| | |
|---|---|
| Date: August 29, 2025 | ZUCKERMAN SPAEDER LLP |
| | |
| | */s/ William J. Murphy*  |
| | William J. Murphy (Fed. Bar No. 00497) |
| | Daniel P. Moylan (Fed. Bar No. 26476) |
| | Kirk MacKinnon Morrow (Fed. Bar No. 31703) |
| | 100 East Pratt Street, Suite 2440 |
| | Baltimore, Maryland 21202 |
| | (410) 332–0444 (office) |
| | (410) 659–0436 (fax) |
| | wmurphy@zuckerman.com |
| | dmoylan@zuckerman.com |
| | kmackinnonmorrow@zuckerman.com |
| | |
| | Ivano Ventresca (*pro hac vice* forthcoming) |
| | Ezra Marcus (admitted *pro hac vice*) |
| | Bryan Reines (*pro hac vice* forthcoming) |
| | 2100 L Street, NW, Suite 400 |
| | Washington, DC 20037 |

7

(202) 778-1800 (office)
(202) 822-8106 (fax)
iventresca@zuckerman.com
emarcus@zuckerman.com
breines@zuckerman.com


WILKINSON STEKLOFF LLP

Brian L. Stekloff (Fed. Bar No. 26835)
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4000 (office)
(202) 847-4005 (fax)
bstekloff@wilkinsonstekloff.com

*Counsel for Plaintiff FTI Consulting, Inc.*

8

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing to be served by email on Defendant's counsel:

David L. Schwarz
James M. Webster
Rachel A. DeLisle
Kellogg Hansen Todd Figel & Frederick PLLC
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
dschwarz@kellogghansen.com
jwebster@kellogghansen.com
rdelisle@kellogghansen.com

Date: August 29, 2025

*/s/ William J. Murphy*
William J. Murphy

*Counsel for FTI Consulting, Inc.*

9