**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FTI Consulting, Inc.                          *

    **Plaintiff,**

                        *

    **v.**                                    Case No. 8:23-cv-03200-BAH

Jonathan Orszag                               *

    **Defendant.**                           *

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Check one.**

☐   Exhibit _____ which is an attachment to _____

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☒   Plaintiff's and Steven Gunby's Reply in Support of Motion for Extension of Discovery Deadlines and Exhibits A, I, J, K, L, M, N, O, and R to the Declaration of William J. Murphy

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

    I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic file transfer. _____.

February 27, 2026
_____
Date

_Signature_

Signature

Steven F. Molo
_____
Printed Name and Bar Number

430 Park Avenue, New York, NY  10022
_____
Address

smolo@mololamken.com
_____
Email Address

(212) 607-8170
_____
Telephone Number

(646) 710-4950
_____
Fax Number